Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4120 | **DATE** | 8/1/2000 |
| **CASE TITLE** | Hoshaw vs. GAF Corp, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Rule 27 hearing held. Petitioner's rule 27 petition is granted. Limited discovery documents to be served no later than two days prior to deposition. Enter Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | AUG 0 8 2000 date docketed | |
| ✓ | Docketing to mail notices. | | | 7 |
| | Mail AO 450 form. | FILED FOR DOCKETING ED-7 00 AUG -7 PM 4:11 | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| rs | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITES STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CLARENCE A. HOSHAW,<br>Petitioner, | )<br>)<br>) | Case No: 00 C 4120 |
| v. | ) | |
| GAF CORPORATION, a corporation,<br>U.S. GYPSUM COMPANY, a corporation,<br>THE FLINTKOTE COMPANY, a corporation, and<br>A.P. GREEN INDUSTRIES, INC., a corporation,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>) | |



DOCKETED
AUG 07 2000

## ORDER

THIS CAUSE coming on for hearing in open court upon Petitioner's Petition to Perpetuate Testimony Pursuant to Federal Rule of Civil Procedure 27, due and proper notice having been given, the court considering the arguments of counsel for Petitioner and for Respondent United States Gypsum Company (USG) and the sworn testimony, through telephonic means, of Petitioner, the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Petitioner's Rule 27 Petition is granted.
2. Petitioner's Rule 27 Deposition to Perpetuate Testimony shall take place within 7 to 14 days from today's date, at Petitioner's home or such other place designated by Petitioner's counsel at a date and time as set forth in Petitioner's notice of deposition.
3. Petitioner's notice of deposition shall be deemed sufficient if made in conformity with the requirements of FRCP 30 (b), and shall be deemed timely if served on the parties via U.S. Mail, First Class within five business days of the date of the deposition; otherwise service shall be made via facsimile transmission and/or overnight mail or overnight delivery service no later than four days prior to the scheduled deposition. For purposes of service of notice of this deposition, service shall be properly made if made on the parties and upon counsel for USG Tobin Taylor of Heyl Royster Voelker & Allen, who appeared of record in this matter in open court.
4. Petitioner's counsel shall serve defendants via US Mail, First Class within five business days, or via facsimile transmission and/or overnight mail or overnight delivery service no later than two days prior to the date of the deposition:
   a. Copies of medical records currently available to petitioner's counsel;
   b. Job site and work history information currently available to petitioner's counsel.
5. Service of the items listed in paragraph four shall be deemed properly made if made on the parties and upon counsel for USG, Tobin Taylor of Heyl Royster Voelker & Allen, who appeared of record in this matter in open court.

Dated: 8/2/00

Entered:

_Blanche M. Manning_
The Honorable Blanche M. Manning
United States District Judge